UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| **RANDY ROBERTS,** | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) No. 3:17-CV-43 |
| | ) REEVES/SHIRLEY |
| **MARS PETCARE US, INC.,** | ) |
| | ) |
| *Defendant*. | ) |

### ORDER

This matter comes before the Court on remand from the United States Court of Appeals for the Sixth Circuit. In accordance with the Sixth Circuit's opinion filed on November 2, 2017, it is therefore **ORDERED** that this action be **REMANDED to the Chancery Court for Knox County, Tennessee.**

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**